IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICKI ROWLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-707-MJR |
| | ) |
| ZELDA BELL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On October 20, 2009, the Court directed Plaintiff to submit a certified copy of her prison trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by § 1915(a)(1). That filing was to be made within thirty days, but that time period elapsed without any sort of response from Plaintiff.

**IT IS HEREBY ORDERED** this case is **CLOSED** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 4th day of December, 2009.**

                                                  **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**